UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND
SOUTHERN DIVISION
At Greenbelt

| | |
|---|---|
| IN RE: | ) |
| | ) Case No.  05-23987 NVA |
| EVEREEN DALEY | ) |
| | ) Chapter   13 |
| | ) |
| Debtor | ) |
| _____ | ) |

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE AND SERVICE OF PAPERS

Please take notice that John Thomas Green, III, appears in this matter by its undersigned counsel, in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010, and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that the undersigned attorneys be entered as counsel and placed on the mailing matrix filed by the Debtors in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned attorneys at the address set forth below:

Ronald M. Miller, Esq.
Knight, Manzi, Nussbaum & LaPlaca, P.A.
14440 Old Mill Road
Upper Marlboro, MD 20772

Please take further notice that, in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notice and papers referred to in the rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or

seek to affect in any way any rights or interests of John Thomas Green, III.

Please take further notice that, as provided in Bankruptcy Rules 3017(a), John Thomas Green, III, requests that the undersigned be provided with copies of any and all disclosure statements and plans of reorganization.

_____
Ronald M. Miller, Esq. #11178
Attorney for Plaintiff/Landlord
KNIGHT, MANZI, NUSSBAUM
 & LaPLACA, P.A.
14440 Old Mill Road
Upper Marlboro, MD 20772
(301) 952-0100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  11th  day of August, 2005, I mailed, postage prepaid, a copy of the foregoing Notice of Appearance and Request for Notice and Service of

Evereen Daley
Debtor
10004 Juniper Drive
Bowie, MD 20721

Nancy L. Spencer Grigsby, Esq.,
Trustee
P.O. Box 958
Bowie, MD 20718

and to the attached list of interested parties.

_____
Ronald M. Miller

bankrupt\appearan.m

2