Signed: September 26, 2005

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MARYLAND
At Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| EVEREEN DALEY | : | Case No. 05-23987 NVA |
| | : | |
|    Debtor | : | Chapter 13 |
| | : | |
| --------------------------------- | : | |
| JOHN THOMAS GREEN III | : | |
| | : | |
|    Plaintiff/Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| EVEREEN DALEY | : | Motion No. |
| 10004 Juniper Drive | : | |
| Bowie, MD 20721 | : | |
| | : | |
|    Debtor | : | |
| | : | |
|    and | : | |
| | : | |
| RODNEY FITZPATRICK | : | |
| 10004 Juniper Drive | : | |
| Bowie, MD 20721 | : | |
| | : | |
|    Co-Debtor | : | |
| | : | |
|    and | : | Hearing Date:  September 8, 2005 |
| | : |                 @ 10:00 a.m. |

| | |
|---|---|
| NANCY L. SPENCER GRIGSBY, ESQ. | : |
| As Trustee Only | : |
| P.O. Box 958 | : |
| Bowie, MD 20718 | : |
| | : |
| Defendants/Respondents | : |

## ORDER MODIFYING STAY OF BANKRUPTCY
## IN FAVOR OF PLAINTIFF, JOHN THOMAS GREEN, III,
## AS TO DEBTOR

Upon consideration of Plaintiff's, John Thomas Green, III's, Motion for Relief from and to Modify Automatic Stay, and any response filed by Debtor, and the matter having been considered, it is therefore,

ORDERED, that the Motion of John Thomas Green, III, for Relief from and to Modify Automatic Stay be, and it is hereby, GRANTED and, it is further,

ORDERED, that the stay of bankruptcy is hereby modified and lifted and thereafter John Thomas Green, III, or his agents, are hereby permitted to take all legal action necessary to recover possession of the premises occupied by Debtor, Evereen Daley and Co-Debtor, Rodney Fitzpatrick, located at 10004 Juniper Drive, Bowie, Maryland 20721, without further reference to this Court in the event that Debtor's bankruptcy proceeding shall be dismissed or converted to another chapter under the U.S. Bankruptcy Code.

Copies to:

Ronald M. Miller, Esq.
Attorney for Plaintiff
KNIGHT, MANZI, NUSSBAUM
 & LaPLACA, P.A.
14440 Old Mill Road
Upper Marlboro, MD 20772

Nancy L. Spencer Grigsby, ESQ, TRUSTEE
P.O. Box 958
Bowie, MD 20718

Evereen Daley, Debtor
Rodney Fitzpatrick, Co-Debtor
10004 Juniper Drive
Bowie, MD 20721

and to interested parties.

**END OF ORDER**